```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| COREY BAKER, | |
| | No. 22-cv-2423 (NLH)(AMD) |
| Plaintiff, | |
| v. | MEMORANDUM OPINION |
| CUMBERLAND COUNTY CORRECTIONAL FACILITY, et al., | |
| Defendants. | |

IT APPEARING THAT:

1. Plaintiff Corey Baker filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court granted Plaintiff's in forma pauperis application on September 15, 2022, ECF No. 6.

3. On October 13, 2022, mail sent to Plaintiff at his address of record was returned as undeliverable. ECF No. 8. The envelope was marked return to sender as Plaintiff was "no longer in custody." Id.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such

1

change by filing a notice of said change with the Clerk.").

  5. The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

  6. An appropriate order follows.


Dated: <u>October 19, 2022</u>    <u>s/ Noel L. Hillman</u>
At Camden, New Jersey    NOEL L. HILLMAN, U.S.D.J.