# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COREY BAKER,**  <br>　　　**Plaintiff,**  <br>　　v.  <br>**CUMBERLAND COUNTY CORRECTIONAL FACILITY,** *et al.*,  <br>　　　**Defendants.** | Case No. 22–cv–02423–ESK–AMD  <br><br>**OPINION AND ORDER** |

　　Plaintiff Corey Baker submitted a complaint pursuant to 42 U.S.C. § 1983 on April 27, 2022 (Complaint). (ECF No. 1.) On August 28, 2024, mail sent to plaintiff at his address of record was returned to the Clerk's Office as undeliverable. (ECF No. 19.) The return sticker stated "Return to Sender. Refused. Unable to Forward." (*Id.*)

　　*Pro se* plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their … address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not communicated with the Court regarding a change of address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

　　**IT IS** on this **29th** day of **August 2024 ORDERED** that:

　　1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

　　2. Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

3. The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

       */s/ Edward S. Kiel*
       **EDWARD S. KIEL**
       **UNITED STATES DISTRICT JUDGE**